IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL WASHINGTON FEDORE, )<br>        Plaintiff, )<br>        )<br>v.        )<br>        )<br>CAROLYN W. COLVIN, ACTING )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>        Defendant. ) | Civil Action No. 12-1554<br>Electronically Filed |

### ORDER

AND NOW, this **19th** day of August, 2013, IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment (*ECF No. 12*) is **DENIED**, that the Defendant's Motion for Summary Judgment (*ECF No. 10*) is **GRANTED**, and that the "final decision" of the Commissioner of Social Security is **AFFIRMED**.

                                                                                               */s/ Arthur J. Schwab*
                                                                                                Arthur J. Schwab
                                                                                                United States District Judge

cc:     All counsel of record