IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL WASHINGTON FEDORE,<br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>       Defendant. | Civil Action No. 12-1554<br>Electronically Filed |

## ORDER

AND NOW, this _19th_ day of August, 2013, IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment (*ECF No. 12*) is **DENIED**, that the Defendant's Motion for Summary Judgment (*ECF No. 10*) is **GRANTED**, and that the "final decision" of the Commissioner of Social Security is **AFFIRMED**.

                                                                      Arthur J. Schwab
                                                                      United States District Judge

cc:    All counsel of record